1  Kenneth W. Chung, Bar No. 167872
   Alyssa L. Morrison, Bar No. 239153
2  KRING & CHUNG, LLP
   38 Corporate Park
3  Irvine, CA 92606-5105
   Telephone: (949) 261-7700
4  Facsimile: (949) 261-8800

5  Attorneys for Plaintiff
   IMAGECLICK, INC.

6

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  IMAGECLICK, INC.,                    ) Case No. SACV09-01221 AG(ANx)
                                          )
12              Plaintiff,                ) COMPLAINT FOR:
                                          ) (1) COPYRIGHT
13       vs.                              ) INFRINGEMENT, (2)
                                          ) CONTRIBUTORY COPYRIGHT
14  ZION MARKET, INC., a California       ) INFRINGEMENT, (3) VICARIOUS
    corporation; GIO AD, INC., a California ) COPYRIGHT INFRINGEMENT,
15  corporation; and DOES 1 through 10,   ) AND (4) UNFAIR COMPETITION
    inclusive,                            )
16                                        )
                Defendants.               )
17  _____)

18       Plaintiff, ImageClick, Inc., ("ImageClick") alleges as follows:

19                  **JURISDICTION AND VENUE**

20       1.     This is a civil action seeking damages and injunctive relief for copyright

21  infringement under the copyright laws of the United States (17 U.S.C. §§ 101, *et*

22  *seq.*).

23       2.     This Court has jurisdiction over the subject matter of this action

24  pursuant to 28 U.S.C. §§ 1331 and 1338(a).

25       3.     This Court has personal jurisdiction over all the Defendants by virtue of

26  their transacting, doing, and soliciting business in this District, and because a

27  substantial part of the relevant events occurred in this District and because a

28  substantial part of the property that is the subject of this action is situated here.



—————————————————————————————————
                        COMPLAINT

F:\3875\0002\pld\Complaint.doc

ORIGINAL

**PARTIES**

4.     Plaintiff, ImageClick, is a California corporation with its principal place of business at 212 Technology Drive, Suite M, Irvine, California.

5.     On information and belief, Defendant Zion Market, Inc., is a California corporation doing business in San Diego, Orange, and Los Angeles Counties in California.

6.     On information and belief, Defendant Gio Ad, Inc., is an advertising agency with its principal place of business in Los Angeles, California.

7.     On information and belief, Doe 1 is an advertising agency whose true name and capacity are unknown to ImageClick at this time.

8.     The true names and capacities, whether individual, corporate, or otherwise, of the Defendants sued as Does 1 through 10 are unknown to ImageClick, who, therefore, sue them by such fictitious names.  At such time as their true names and capacities have been ascertained, ImageClick will seek leave of Court to amend this Complaint accordingly.  On information and belief, ImageClick alleges that each of Does 1 through 10 was the agent, representative, or employee of each of the other Defendants and was acting at all times within the scope of his/her agency or representative capacity, with the knowledge and consent of the other Defendants, and that each of Does 1 through 10 are liable to ImageClick in connection with one or more of the claims sued upon here and are responsible in some manner for the wrongful acts and conduct alleged herein.

**FACTS COMMON TO ALL CLAIMS**

9.     This is an action for copyright infringement, as well as contributory and vicarious copyright infringement, and related state law claims arising from the conduct of Defendants.

10.     ImageClick sells, via its website at www.imageclick.com, licenses for use of copyrighted works consisting of stock photography and images which are owned and/or licensed by ImageClick.  ImageClick sells licenses for use of those

F:\3875\0002\pld\Complaint.doc

1    copyrighted works via its web site.  These works are searchable (e.g., by keyword or

2    identification number), and search results initially display reduced-size versions, or

3    "thumbnails," of the works.  After clicking on an image's thumbnail, a page opens to

4    display the file size and pricing information for the selected work, as well as the fact

5    that the work's copyright is held by ImageClick.

6        11.    ImageClick is the owner of United States copyright registrations

7    VAu000733627 for images created in 2006, and VA0001673436 for images created

8    in 2008.  True and correct copies of these registration certificates are attached hereto

9    as Exhibit "A" and incorporated herein by reference.  The registered images are

10   available for purchase on ImageClick's web site and are at issue herein.  These

11   images are collectively referred to herein as the "Copyrighted Works."  ImageClick

12   also holds unregistered copyrights to other images available for purchase on its site.

13       12.    On information and belief, Defendant Zion Market, Inc., ("Zion")

14   operates stores of the same name at the following locations: 4611 Mercury Street,

15   San Diego, California; 4800 Irvine Boulevard, Irvine, California; 12565 E. Carson

16   St., Hawaiian Gardens, California; and 3500 West 6th Street, Los Angeles,

17   California.  Zion circulates regular print advertisements containing color photographs

18   of food and other products for sale at its store(s), as well as other decorative

19   photographs and images.  Zion's advertisements are also displayed on its web site.

20       13.    On information and belief, Gio Ad, Inc., ("Gio") is an advertising

21   agency retained by Zion to create its advertisements.  On information and belief,

22   Zion may have retained other advertising agencies at times relevant herein, whose

23   identities and capacities are currently unknown to ImageClick.

24       14.    On information and belief, Defendants and Does 1 through 10 obtained

25   copies of ImageClick's Copyrighted Works from ImageClick's web site without its

26   permission and without paying the required license fee.  On multiple occasions from

27   2007 to present, Defendants reproduced the Copyrighted Works (in addition to

28   unregistered copyrighted works) in advertisements for Zion's stores, to advertise



3

COMPLAINT

1  and/or increase revenue for Defendants' own businesses. Though investigation is

2  ongoing, Copyrighted Works reproduced by Defendants include, but are not limited

3  to, those identified in Exhibit "B," which is incorporated herein by reference.

4  Defendants have realized profits, in an amount to be determined at trial, from their

5  infringing use of the Copyrighted Works. ImageClick has sustained economic

6  damage including, but not limited to, the loss of its license fees

7  which Defendants failed to pay to ImageClick in their infringing use of the

8  Copyrighted Works.

9  **FIRST CLAIM FOR RELIEF**

10  **(Copyright Infringement, 17 U.S.C. §§ 501, *et seq.*, against all Defendants)**

11      15.    ImageClick incorporates herein by reference all the allegations of

12  paragraphs 1 through 14, inclusive.

13      16.    ImageClick is the sole and exclusive owner of all right, title and interest

14  in and to the Copyrighted Works in the United States.

15      17.    Defendants have created derivative works from, reproduced, distributed,

16  and or/displayed ImageClick's Copyrighted Works in violation of ImageClick's

17  exclusive rights under the Copyright Act. ImageClick has not licensed or otherwise

18  authorized Defendants' creation of derivative works from, reproduction, distribution

19  or display of the Copyrighted Works.

20      18.    ImageClick is informed and believes, and on that basis alleges, that

21  Defendants' infringement of ImageClick's Copyrighted Works is, and continues to

22  be, intentional, willful, and in conscious disregard of ImageClick's rights.

23      19.    ImageClick is informed and believes, and on that basis alleges, that

24  Defendants have realized profit by virtue of their infringement of ImageClick's

25  copyrights.

26      20.    ImageClick has sustained economic damage as a result of Defendants'

27  infringement of ImageClick's copyrights in an amount to be proven at trial.

28  ///



4
COMPLAINT

1    21.    ImageClick is entitled to recover the actual damages it has suffered

2    and/or any profits gained by Defendants that are attributable to their acts of copyright

3    infringement pursuant to 17 U.S.C. § 504(b).  Alternatively, ImageClick is entitled to

4    the maximum statutory damages allowed under 17 U.S.C. § 504(c) based on

5    Defendants' willful acts of copyright infringement.  ImageClick will make its

6    election at the appropriate time before final judgment is rendered.

7    22.    ImageClick is also entitled to recover its full costs and reasonable

8    attorneys' fees pursuant to 17 U.S.C. § 505.

9    23.    ImageClick is also entitled to an injunction pursuant to 17 U.S.C. § 502

10    against continuing reproduction, distribution, and/or display of ImageClick's

11    Copyrighted Works by Defendants.

12    **SECOND CLAIM FOR RELIEF**

13    **(Contributory Copyright Infringement, against all Defendants)**

14    24.    ImageClick incorporates herein by reference all the allegations of

15    paragraphs 1 through 23, inclusive.

16    25.    At all times relevant herein, Defendants induced, encouraged, assisted,

17    or facilitated direct infringement of ImageClick's Copyrighted Works by their

18    participation in obtaining ImageClick's images and/or creating Zion's infringing print

19    advertisements, and Defendants derived financial benefit from doing so.

20    26.    Through their conduct as set forth herein, Defendants have engaged and

21    continued to engage in the business of knowingly inducing, causing, and materially

22    contributing to the above-described unauthorized reproductions and/or distributions

23    of the ImageClick's copyrighted material, thus contributing to the infringement of

24    ImageClick's copyrights and exclusive rights under the Copyright Act.

25    27.    The infringement of ImageClick's rights in and to each image within its

26    copyrighted material constitutes a separate and distinct act of infringement.

27    28.    The forgoing acts by Defendants have been willful, intentional, and

28    purposeful, in disregard of and indifference to the rights of ImageClick.



5
COMPLAINT

F:\3875\0002\pld\Complaint.doc

1    29.    Defendants' conduct, as set forth herein, constitutes contributory

2  infringement of ImageClick's copyrights and exclusive rights under the Copyright

3  Act in violation of 17 U.S.C. §§ 106, 115, and 501.

4    30.    As a direct and proximate result of the contributory infringements by

5  Defendants of ImageClick's copyrights and exclusive rights under the Copyright Act,

6  ImageClick is entitled to damages and Defendants' profits pursuant to 17 U.S.C.

7  § 504(b) for each infringement.  Alternatively, ImageClick is entitled to the

8  maximum statutory damages pursuant to 17 U.S.C. § 504(c) based on Defendants

9  willful acts of copyright infringement.  ImageClick will make its election at the

10  appropriate time before final judgment is rendered.

11    31.    ImageClick is also entitled to recover its full costs and reasonable

12  attorneys' fees pursuant to 17 U.S.C. § 505.

13    32.    ImageClick is also entitled to an injunction pursuant to 17 U.S.C. § 502

14  against continuing reproduction, distribution, and/or display of ImageClick's

15  Copyrighted Works by Defendants.

16  ### THIRD CLAIM FOR RELIEF

17  ### (Vicarious Copyright Infringement, against all Defendants)

18    33.    ImageClick incorporates herein by reference all the allegations of

19  paragraphs 1 through 32, inclusive.

20    34.    At all times relevant herein, Defendants exercised control over

21  advertisements and/or publications containing advertisements for Zion which directly

22  infringed upon ImageClick's copyrights, and Defendants derived financial benefit

23  from such publications.

24    35.    The foregoing acts of infringement by Defendants have been willful,

25  intentional, and purposeful, in disregard of and indifference to the rights of

26  ImageClick.

27  ///

28  ///

KC
KRING & CHUNG
ATTORNEYS LLP

F:\3875\0002\pld\Complaint.doc

36.    Defendants' conduct, as set forth herein, constitutes vicarious infringement of ImageClick's copyrights and exclusive rights under the Copyright Act in violation of 17 U.S.C. §§ 106, 115, and 501.

37.    As a direct and proximate result of the vicarious infringements by Defendants of ImageClick's copyrights and exclusive rights under the Copyright Act, ImageClick is entitled to damages and Defendants' profits pursuant to 17 U.S.C. § 504(b) for each infringement. Alternatively, ImageClick is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c) based on Defendants' willful acts of copyright infringement. ImageClick will make its election at the appropriate time before final judgment is rendered.

38.    ImageClick is also entitled to recover its full costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

39.    ImageClick is also entitled to an injunction pursuant to 17 U.S.C. § 502 against continuing reproduction, distribution, and/or display of ImageClick's Copyrighted Works by Defendants.

**FOURTH CLAIM FOR RELIEF**

**(State Unfair Competition, against all Defendants)**

40.    ImageClick incorporates herein by reference all the allegations of paragraphs 1 through 39, inclusive.

41.    Defendants business practices as alleged herein constitute unfair competition and unfair business practices and acts in violation of California Business & Professions Code §§ 17200, *et seq.*

42.    Pursuant to California Business & Professions Code § 17203, ImageClick is entitled to enjoin these practices. Without injunctive relief, ImageClick has no means by which to control Defendants' unlawful copying and distribution of ImageClick's Copyrighted Works. ImageClick is therefore entitled to injunctive relief prohibiting Defendants from continuing such acts of unfair competition.



43.    Defendants' practices as alleged herein also constitute unfair competition and unfair business practices under state common law. As a direct and proximate result of Defendants' infringing conduct, ImageClick has suffered and will continue to suffer lost sales and profits in an amount not yet fully ascertained in an amount to be proven at trial.

### PRAYER FOR RELIEF

WHEREFORE, in consideration of the foregoing, ImageClick prays for judgment as follows:

1.    A declaration that Defendants' unauthorized conduct violates ImageClick's rights under common law and the Copyright Act;

2.    Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and reproducing or republishing any of ImageClick's Copyrighted Works without consent, and from otherwise infringing upon ImageClick's copyrights or other rights in any manner;

3.    An order for Defendants to account to ImageClick for all gains, profits, and advantages derived by Defendants by their infringements of ImageClick's copyrights or such damages as are proper, and since Defendants intentionally infringed plaintiff's copyrights, for award of the maximum allowable statutory damages for each violation;

4.    Award to ImageClick of actual and/or statutory damages for Defendants' copyright infringement in an amount to be determined at trial;

5.    Award to ImageClick its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505; and

///

///

///

8

COMPLAINT

F:\3875\0002\pld\Complaint.doc

1       6.     Award to ImageClick of such other and further relief as is just and

2 proper.

3 Dated: October 20, 2009            Respectfully submitted,

4                                       KRING & CHUNG, LLP

5

6                             By: _____

7                                Kenneth W. Chung

                                  Alyssa L. Morrison

8                                   Attorneys for Plaintiff

                                  IMAGECLICK, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



COMPLAINT

F:\3875\0002\pld\Complaint.doc

# EXHIBIT "A"

Additional certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form VA**
For a Work of the Visual Arts

**VAu 733 – 627**

EFFECTIVE DATE OF REGISTRATION

**FEB 09 2007**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
ImageClick Volume 1

NATURE OF THIS WORK ▼ See instructions
Collection of Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼

a   ImageClick, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in California

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No   If the answer to either
Pseudonymous?  ☐ Yes  ☑ No   of these questions is
"Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☑ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b   Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a   Year in Which Creation of This Work Was
Completed   2006

b   Date and Nation of First Publication of This Particular Work
Complete this information   Month _____ Day _____ Year _____
ONLY if this work         Nation _____
has been published.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ImageClick, Inc.
2522 Chambers Rd. Suite 100, Tustin CA 92780

APPLICATION RECEIVED
OCT – 6 2006   FEB 09 2007
ONE DEPOSIT RECEIVED (2 disc)
OCT – 6 2006
TWO DEPOSITS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☒ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

ImageClick, Inc.
2522 Chambers Rd. Suite 100
Tustin, CA 92780

b

■

Area code and daytime telephone number ( 949 ) 351-2318     Fax number ( 949 ) 266-9128

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Hansoo Ha, President of ImageClick, Inc.     Date August 26, 2006

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
ImageClick, Inc.

Number/Street ▼
2522 Chambers Rd. Suite 100

City/State/ZIP ▼
Tustin, CA 92780

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000    Web Rev: June 2002   ⊕ Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,029

Additional certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-673-436

**Effective date of
registration:**

May 29, 2009

## Title ──────────────────────

**Title of Work:** ImageClick Volume 2

## Completion/ Publication ──────────

**Year of Completion:** 2008

**Date of 1st Publication:** January 1, 2008    **Nation of 1st Publication:** Korea (South)

## Author ──────────────────────

■    **Author:** ImageClick, dba ImageClick, Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant ──────────────

**Copyright Claimant:** ImageClick, Inc.

212 Technology Dr., Suite M, Irvine, CA, 92618, United States

## Limitation of copyright claim ──────────

**Material excluded from this claim:** photograph(s)

**Previous registration and year:** VAu733-627    2007

**New material included in claim:** photograph(s)

## Rights and Permissions ──────────

**Organization Name:** ImageClick, Inc.

**Address:** 212 Technology Dr., Suite M

Irvine, CA 92618 United States

## Certification ──────────────────

**Registration #:**     VA0001673436

**Service Request #:**   1-193969404

ImageClick, Inc.
To Whom it May Concern
212 Technology Dr., Suite M
Irvine, CA 92618  United States

# EXHIBIT "B"

**ImageClick, Inc. v. Zion Market, Inc., et al.**
Non-Exclusive List of Infringed Copyrighted Works
(Listed by ImageClick Identification Number)

RM00330700
RM00330704
RM00362203
RM00362210
RM00362665
RM00362683
RM00362694
RM00411493
RM00412196
RM00414136
RM00414151
RM00414193
RM00710621
RM00723881
RM00724755
RM00725660
RM00727954
RM01300806
RM01301692
RM01303138
RM01305949
RM01510211
RM01570081
RM01701527
RM01703194
RM01704879
RM01705196
RM01720056
RM01802642
RM01802648
RM01822781
RM01841227
RM01905355
RM01940101
RM01955037
RM02330024
RM50020012
RM01303638

EXHIBIT "B"

F:\3875\0002\pld\Complaint - Exhibit B.doc

ImageClick, Inc. v. Zion Market, Inc., et al.
Non-Exclusive List of Infringed Copyrighted Works