Kenneth W. Chung, Bar No. 167872
Scott M. Bonesteel, Bar No. 125921
Matthew A. Reynolds, Bar No. 214889
Alyssa L. Morrison, Bar No. 239153
KRING & CHUNG, LLP
38 Corporate Park
Irvine, CA 92606-5105
Telephone: (949) 261-7700
Facsimile: (949) 261-8800

Attorneys for Plaintiff
IMAGECLICK, INC.

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IMAGECLICK, INC., <br><br> Plaintiff, <br> vs. <br><br> ZION MARKET, INC., a California corporation; GIO AD, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. SACV09-1221 SVW (PJWx) <br><br> [~~PROPOSED~~] **ORDER RE STIPULATION FOR DISMISSAL** <br><br> Priority ___ <br> Send ___ <br> Enter ___ <br> Closed ___ <br> ~~JS-5~~/JS-6 ✓ <br> JS-2/JS-3 ___ <br> Scan Only ___ |

IT IS HEREBY ORDERED that the Complaint of Plaintiff IMAGECLICK, INC., USDC Case No. SACV09-1221 SVW (PJWx), is hereby dismissed with prejudice **as to KYE WON MOON dba MASTERY OF ASIAN DYNAMICS dba M. AD dba MAD4ASIA** (MOON). MOON is the last remaining party, and this action is therefore dismissed in its entirety.

Dated: 10/7/10

_____
United States District Court Judge

---

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

F:\3875\0002\cf\Proposed Order re Stip for Dismissal.Moon.doc